**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE AQUA METALS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 18-cv-201-LPS |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT**

PLEASE TAKE NOTICE that on November 9, 2021 at 3:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Leonard P. Stark of the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801, Plaintiffs Al Lutzker, Chau Nguyen, Albert Stafford, Jerry Davis, Sherry Lu, Richard Byrne, and Christopher Ballentine (collectively, "Plaintiffs") will and hereby do move this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for entry of an Order: (1) granting final approval of the proposed Settlement set forth in the Stipulation and Agreement of Settlement, dated August 18, 2021 ("Stipulation);[1] (2) entering the Judgment and dismissing all claims; (3) awarding the agreed-upon negotiated attorneys' fees and reimbursement of expenses to Plaintiffs' Counsel; (4) awarding service awards of $1,000 to each of the Plaintiffs; and (5) granting such other relief as the Court deems just and proper.

In support of this motion, Plaintiffs rely upon the accompanying Brief in Support; the Stipulation and Exhibits thereto; the declarations of Plaintiffs' Counsel made in support of this motion; the [Proposed] Final Order and Judgment submitted concurrently herewith, all prior pleadings and proceedings; and any other matter that the Court may consider at the hearing of this motion.

---

[1] Unless otherwise stated, all capitalized terms used herein shall have the same meanings as set forth in the Stipulation, which was submitted to the Court with its exhibits on August 18, 2021 (D.I. 21, 21-1-4).

1

Dated: October 12, 2021

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300

RIGRODSKY LAW, P.A.
Seth Rigrodsky (#4347)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5304

*Co-Liaison Counsel for Plaintiffs*

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427

HYNES & HERNANDEZ, LLC
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116

*Co-Lead Counsel for Plaintiffs*

BRAGAR EAGEL & SQUIRE, P.C.
Garam Choe
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858

THE ROSEN LAW FIRM, P.A.

2

Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue
New York, NY 10017
Telephone: (212) 983-1300

*Additional Counsel for Plaintiffs*